IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00733-GPG

STEVE R. PULLIAM,

    Plaintiff,

v.

ARAMARK, INC.,

    Defendant.

---

ORDER DRAWING CASE

---

After review pursuant to 28 U.S.C. § 1915 of the Title VII Complaint submitted to the Court on March 30, 2016, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.   See D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED March 31, 2016, at Denver, Colorado.

BY THE COURT:

Gordon P. Gallagher
United States Magistrate Judge